# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

19-cv-61240-DPG

MELVIS CHRISTOPHER,

       Plaintiff,

v.

RESIDENTIAL REALTY SERVICES CORP.
A/K/A REALTY SERVICES CORP.,

       Defendant.

_____/

## SUMMONS IN A CIVIL ACTION

TO:      Defendant:     Residential Realty Services Corp. A/K/A Realty Services Corp.
              Registered Agent: Igor M. Olenicoff
                               1062 Coral Ridge Drive
                               Coral Springs, FL 33071

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

              Elliot Kozolchyk, Esquire
              Koz Law, P.A.
              320 S.E. 9th Street
              Fort Lauderdale, Florida 33316

                       Phone:  (786) 924-9929
                       Fax:     (786) 358-6071
                       Email:  ekoz@kozlawfirm.com

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:       May 16, 2019
_____



SUMMONS

s/ Alex Rodriguez
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

1