UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:19-cv-61240-RS

MELVIS CHRISTOPHER,

    Plaintiff,

v.

RESIDENTIAL REALTY SERVICES CORP.
a/k/a REALTY SERVICES CORP.,

    Defendant.
_____/

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Defendant, RESIDENTIAL REALTY SERVICES CORP., Fed. R. Civ. P. 7.1, hereby files its Corporate Disclosure Statement and states that it has no parent corporation and no publically held corporation owns 10% or more of its stock.

Dated: July 12, 2019

                                                Respectfully submitted,

                                                /s/ Brett A. Duker
                                            Brett A. Duker
                                            Florida Bar No. 0021609
                                            bduker@ssclawfirm.com
                                            SACHS SAX CAPLAN
                                            6111 Broken Sound Parkway NW, Suite 200
                                            Boca Raton, Florida 33487
                                            Telephone:    (561) 994-4499
                                            Facsimile:    (561) 994-4985
                                            Attorneys for Defendant, Residential Realty
                                            Services Corp.

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and correct copy of the foregoing was served through the CM/ECF system on July 12, 2019 on all counsel of record on the Service List below.

                                                /s/ Brett A. Duker
                                                Brett A. Duker

Elliot Kozalchyk, Esq.
ekoz@kozlawfirm.com
Koz Law, P.A.
320 Southeast Ninth Street
Fort Lauderdale, Florida 33316
Telephone:    (786) 924-9929
Facsimile:    (786) 358-6071
Attorneys for Plaintiff