UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO.:** 19-cv-61240-RS

MELVIS CHRISTOPHER,
EVELYN HERCZEG,

        Plaintiffs,

v.

RESIDENTIAL REALTY SERVICES CORP.
A/K/A REALTY SERVICES CORP.,

        Defendant.
_____/

**PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Plaintiffs, MELVIS CHRISTOPHER and EVELYN HERCZEG, by and through his undersigned counsel, pursuant to this Honorable Court's Order of July 9, 2019, hereby file this Certificate of Interested Parties and Corporate Disclosure Statement. The following persons, associated persons, firms, partnerships or corporations may have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party:

1. Realty Services Corp.
2. Residential Realty Services Corp.
3. Olen Properties Corp.
4. Sachs Sax Caplan, P.L.
5. Brett A. Duker, Esquire
6. Spencer M. Sax, Esquire
7. Melvis Christopher
8. Evelyn Herczeg
9. Elliot Kozolchyk, Esquire
10. Koz Law, P.A.

DATED this 23rd day of July 2019

        Respectfully submitted,

        Koz Law, P.A.
        320 S.E. 9th Street
        Fort Lauderdale, Florida 33316
        Phone: (786) 924-9929
        Fax:    (786) 358-6071
        Email: ekoz@kozlawfirm.com

        */s/ Elliot A. Kozolchyk*

        Elliot Kozolchyk, Esq.
        Bar No.: 74791

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on July 23, 2019 with the Clerk of Court using CM/ECF along with having served all counsel of record or pro se parties identified on the service list incorporated herein in the manner specified, either via transmission of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notice of Electronic Filing.

*/s/ Elliot A. Kozolchyk*

Elliot Kozolchyk, Esq.

## SERVICE LIST

Brett A. Duker, Esq.
Sachs Sax Caplan
6111 Broken Sound Parkway NW, Suite 200
Boca Raton, Florida 33487
Tel: (561) 994-4499
Fax: (561) 994-4985
Email: bduker@ssclawfirm.com

*Attorney for Defendant*