UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-61240-CIV-SMITH

MELVIS CHRISTOPHER, *et al.*,

    Plaintiffs,

v.

RESIDENTIAL REALTY SERVICES CORP.,

    Defendant.
_____/

# ORDER AFFIRMING REPORT AND RECOMMENDATION

This matter is before the Court on Magistrate Judge Alicia O. Valle's Report and Recommendation to District Judge [DE 52] and Plaintiffs' Objections to the Report and Recommendation [DE 53]. In the Objections, Plaintiffs rely on a case from the Second Circuit to argue that judicial review and approval of a Rule 68 offer of judgment is not required for an accepted offer of judgment in a Fair Labor Standards Act case. Plaintiffs fail to cite an Eleventh Circuit case or to explain how their position comports with *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982) and the opinions of courts in this circuit that have found judicial review and approval appropriate. Upon consideration, it is

**ORDERED** that the Report and Recommendation [DE 52] is **AFFIRMED AND ADOPTED**:

    1. Plaintiffs' Objections [DE 53] are **OVERRULED**;

2. The Court **RESERVES RULING** on Plaintiffs' Notices of Acceptance of Offer of Judgment [DE 49 & 50]; and

3. No later than **April 13, 2020**, Plaintiffs shall file the required supplemental material, consistent with the Report and Recommendation.

4. This case is administratively **CLOSED** pending review of the offer and acceptance.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 6th day of April, 2020.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: counsel of record