UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CV-61240-SMITH/VALLE

MELVIS CHRISTOPHER, *et al.*,

    Plaintiffs,

v.

RESIDENTIAL REALTY
SERVICES CORP., a/k/a REALTY
SERVICES CORP.*,*

    Defendant.

_____/

## **SUPPLEMENTAL REPORT AND RECOMMENDATION TO DISTRICT JUDGE**

This Supplemental Report and Recommendation fully incorporates the initial Report and Recommendation filed on December 10, 2019 (the "Initial R&R") (ECF No. 52).

### **I. BACKGROUND**

On October 29, 2019, Plaintiffs filed Notices of Acceptance of Defendant's Offer of Judgment. *See* (ECF Nos. 49 and 50) (together, the "Notices"), which the undersigned construed as a motion for entry of judgment (the "Motion for Judgment"). *See* Initial R&R at 1. On December 10, 2019, the undersigned entered the Initial R&R, recommending that the Court reserve ruling on the Notices and motion for judgment pending the parties' filing supplemental information. *Id.* at 1, 7. On April 6, 2020, the District Judge adopted the Initial R&R. *See* (ECF No. 56). Thereafter, on April 13, 2020, Plaintiffs filed a Supplement to the Notices (ECF No. 57) (the "Supplement").

## II. DISCUSSION

Before the Court can approve a settlement of the FLSA claims, the court must scrutinize the settlement and determine that it is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982).[1] This is so even when plaintiffs accept an offer of judgment under Federal Rule of Civil Procedure 68. *See generally* Initial R&R.

Here, the Court has considered the above factors, the overall strengths and weaknesses of the parties' respective positions, and finds that Plaintiffs' representation that "the cost, risk, uncertainty, time, expense, delay, and distraction of continued litigation," (ECF No. 57 at 2), weighs in favor of approving the Offer of Judgment. Further, the Supplement specifies that half of the amount of each Offer of Judgment represents a claim for wages and half represents liquidated damages. *Id.* at 1. Lastly, the parties agree that the Offer of Judgment exclude attorney's fees and costs.[2] *Id.* at 2.

Based on a review of the record, the Notices, and the Supplement, the undersigned finds that the Offer of Judgment to Plaintiffs Melvis Christopher and Evelyn Herczeg, respectively, constitutes a fair and reasonable compromise of a bona fide FLSA dispute between Plaintiffs and

---

[1] In reviewing a settlement, courts consider several factors, including: (1) the possible existence of collusion behind the settlement; (2) the complexity, expense, and likely duration of the litigation; (3) the stage of the proceedings and the amount of discovery completed; (4) the probability of the plaintiff's success on the merits; (5) the range of possible recovery; and (6) the opinions of counsel. *See Leverso v. S. Trust Bank of Ala. Nat. Assoc.*, 18 F.3d 1527, 1531 n.6 (11th Cir. 1994); *see also McHone v. Donald P. Hoekstra Plumbing, Inc.*, No. 10-CV-60322, 2010 WL 4625999, at *1 (S.D. Fla. Nov. 4, 2010).

[2] The parties agree to confer regarding Plaintiff's fees and costs upon entry of judgment. (ECF No. 57 at 2).

2

Defendant. Further, Plaintiffs have indicted their acceptance of the Offers of Judgment. *See* (ECF Nos. 49 and 50).

### III. RECOMMENDATION

For the reasons set forth above, the undersigned respectfully recommends that the Court:

(i)   **APPROVE** the acceptance of the Offers of Judgment by Plaintiff;

(ii)  **GRANT** Plaintiffs' Motion for Judgment and separately **ENTER JUDGMENT** in accordance with Rule 68; and

(iii) **RESERVE** jurisdiction to award attorney's fees and costs under the FLSA and/or Rule 68.

Within fourteen (14) days after being served with a copy of this Report and Recommendation, any party may serve and file written objections to any of the above findings and recommendations as provided by the Local Rules for this district. 28 U.S.C. § 636(b)(1); S.D. Fla. Mag. J. R. 4(b). The parties are hereby notified that a failure to timely object waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions contained in this Report and Recommendation. 11th Cir. R. 3-1 (2020); *see Thomas v. Arn*, 474 U.S. 140 (1985).

DONE AND ORDERED at Chambers, in Fort Lauderdale, Florida on November 13, 2020.

_____
ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

cc: U.S. District Judge Rodney Smith
    All Counsel of Record