**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-61240-CIV-SMITH**

MELVIS CHRISTOPHER, *et al.*,

    Plaintiffs,

v.

RESIDENTIAL REALTY SERVICES CORP.,

    Defendant.

_____/

**ORDER AFFIRMING SUPPLEMENTAL REPORT AND RECOMMENDATION**

This matter is before the Court on Magistrate Judge Alicia O. Valle's Supplemental Report and Recommendation to District Judge [DE 58]. The parties have not filed objections. Upon careful consideration, it is

**ORDERED** that the Supplemental Report and Recommendation [DE 58] is **AFFIRMED AND ADOPTED**:

    1. Plaintiffs' acceptance of Defendant's Offers of Judgment (*see* DE 49 & 50) is **APPROVED**;

    2. Pursuant to Federal Rule of Civil Procedure 68, the Court will enter separate judgment.

    3. The Court **RESERVES** jurisdiction to award attorney's fees and costs. The motion for attorney's fees and costs shall be filed no later than **December 9, 2020**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 2nd day of December, 2020.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE