UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-61240-CIV-SMITH/VALLE

MELVIS CHRISTOPHER, *et al.*,

    Plaintiffs,

v.

RESIDENTIAL REALTY SERVICES CORP.,

    Defendant.

_____/

<u>**ORDER ADOPTING REPORT AND RECOMMENDATION**</u>

This matter is before the Court on the United States Magistrate Judge's Report and Recommendation to District Judge [DE 79], in which the Magistrate Judge recommends granting in part Plaintiffs' Verified Motion for Attorney's Fees and Costs [DE 74] and Bill of Costs [DE 75]. No objections have been filed in response to the Report and Recommendation. Thus, having reviewed the Magistrate Judge's Report and Recommendation and the record, it is

**ORDERED** that

1. The Report and Recommendation [DE 79] is **AFFIRMED AND ADOPTED**.

2. Plaintiffs' Verified Motion for Attorney's Fees and Costs [DE 74] and Bill of Costs [DE 75] are **GRANTED IN PART**. Plaintiffs are awarded $14,400.00 in attorney's fees and $441.00 in costs. Plaintiffs are also awarded post-judgment interest at a rate of 0.11% on the $441.00 in costs, accruing from December 2, 2020.

3. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida on this 3rd day of March, 2022.

*[Signature]*

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    Counsel of record